**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **LARRY G. PHILPOT,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **V.** | § | **Civil Action No. 1:18-cv-00339** |
| | § | |
| **WOS, INC.** | § | |
| | § | |
| **Defendant.** | § | |

---

### PLAINTIFF'S ORIGINAL COMPLAINT AND JURY DEMAND

---

Plaintiff Larry G. Philpot ("Philpot" or "Plaintiff") files this Original Complaint against Defendant WOS, Inc. ("WOS" or "Defendant") on personal knowledge as to all facts regarding himself and on information and belief as to all other matters, as follows:

## I.

### PRELIMINARY STATEMENT

Photographers create pieces that extend well beyond the four corners of the photograph to evoke sentiments within the viewer so that the viewer is a part of the moment captured in time. For concert photographers, the odds are almost always against them—the musicians are constantly moving, the lighting is usually dark and typically changing, and it is practically impossible to secure a good vantage point. But every now and then, a photographer is able to get a great shot, the kind of iconic shot that does exactly what photographs are supposed to do, make the viewer a part of that very moment in time.

Larry Philpot, an experienced freelance photographer, created iconic photographs of Kenny Chesney and Lukas Nelson, capturing a moment in time with each artist amidst the

turbulence of a music concert.  These photographs are the type of career-making works that can make a successful photography career. Philpot offered the photographs under a Creative Commons license, permitting members of the public to use the photos provided that the photos are properly attributed to Philpot.

Defendant WOS copied and posted Philpot's photographs of Kenny Chesney and Lukas Nelson onto its website, www.wideopencountry.com, as its own.  WOS did not attribute the photographs to Philpot, thereby infringing on Philpot's copyrighted work.  In freelance photography, the reputation and licensing revenue guarded by copyright law are a photographer's sole means to support their career.  WOS stole both of those from Philpot.  Larry Philpot brings this action to protect not just his rights under copyright law, but also his livelihood as a photographer.

## II.

## PARTIES

### A.  Plaintiff

1.      Plaintiff Larry G. Philpot is a citizen and resident of the State of Indiana.  Philpot is a renowned freelance photographer who specializes in photographing concerts and musical performances across the United States.

### B.  Defendant

2.      Defendant WOS, Inc. is a Texas corporation with its principal place of business in Texas that may be served via its registered agent, Denis O'Dwyer, at 801 Congress Avenue, Suite 330, Austin, Texas 78701 or wherever he may be found.

## III.

## JURISDICTION AND VENUE

3.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 because this civil action presents a federal question as Plaintiff presents a civil claim arising under the Constitution, laws, or treaties of the United States.

4.     This Court also has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1338(a) because this civil action arises under an Act of Congress relating to copyrights, namely the Copyright Act of the United States, 17 U.S.C. § 101, *et seq.*

5.     This Court has personal jurisdiction over WOS, Inc. because it is a Texas corporation and because its principal place of business is in the State of Texas.

6.     Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b) and 1400(a) because Defendant WOS, Inc. resides and may be found in this District.

## IV.

## FACTUAL BACKGROUND

### A.  The Highly Competitive World of Freelance Concert Photography

7.     To say that concert photography is a tough business is a severe understatement. Before having the opportunity to even take a photo, concert photographers must invest in expensive equipment and negotiate to obtain access to the concert stage.  At the concert, they must battle all the variables that arise from an uncontrolled setting—a rowdy crowd, horrible lighting that is always changing, and musicians constantly moving.  Not to mention, it is really loud.  As a result, despite all of their efforts and hard work, concert photographers often take photographs that are entirely unusable, where the rock stars appear as blurs and washy blobs.

8.     Financially, it can be difficult to maintain a steady income stream from concert photography.  Freelance concert photographers only earn money when they license or sell their

work product.  If the photographs are unusable, which is often the case, or simply aren't good, then the photographers do not receive any type of payment.

9.      And, in today's technological age where anyone with a smart phone can take pictures at concerts, concert photography is becoming significantly more competitive, making it even more imperative to capture *the* perfect shot.  Because that is all that there is demand for—a few once-in-a-lifetime shots for each star.  It doesn't matter if a concert photographer takes 100 good shots of a star at a concert—an article about Kenny Chesney, for example, only needs one picture of Kenny Chesney—*the best one*.

10.     In such a competitive environment, it is essential that concert photographers receive the compensation and credit to which they are entitled, but also need to advance their career.

**B.  Larry Philpot: A Professional Concert Photographer**

11.     Larry Philpot is a renowned freelance photographer who specializes in taking photographs of musicians at concerts and other performances.  Philpot has invested thousands of dollars in equipment and has spent years perfecting his craft.  He has established a strong reputation for himself and his work, and due to his professional reputation, he often obtains privileged access to take photographs of musical performers at concerts.

12.     Philpot's reputation as a premier photographer is critical to his business.  The more his photographs are viewed with proper attribution provided to him, the more access he can obtain to take celebrity photographs, and the more he can command in licensing fees.

13.     Philpot regularly licenses his photographs to end customers, including such publications and entities as Rolling Stone, Forbes, Gannett, AXS-TV, iHeart, Cummulus Media, Hearst, PBS, NPR, AOL Music, Berkshire Hathaway—it is how he earns his living and expands

his business.  Philpot has also licensed his photographs to premier musicians, including Willie

Nelson, Foreigner, KISS, John Mellencamp, Kid Rock, and Heart.

**C.  Philpot Creates the Kenny Chesney Photograph**

14.    On June 13, 2013, Philpot created a photograph of Kenny Chesney in

Indianapolis, Indiana (the "Kenny Chesney Photo").  A copy of the Kenny Chesney Photo is

attached as Exhibit A.

15.    The Kenny Chesney Photo is an original work that Philpot registered with the

United States Copyright Office as part of a collection of photographs on August 15, 2013.  The

Kenny Chesney Photo is registered with the United States Copyright Office under Certificate

Number VAu 1-164-624.  A copy of the copyright registration certificate for the Kenny Chesney

Photo is attached as Exhibit B.

16.    Philpot first displayed the Kenny Chesney Photo on September 12, 2013 on the

Wikimedia website.

17.    The Kenny Chesney Photo has become one of the most widely-viewed pictures of

Kenny Chesney.

**D.  Philpot Creates the Lukas Nelson Photograph**

18.    On October 4, 2009, Philpot created a photograph of Lukas Nelson in St. Louis,

Missouri (the "Lukas Nelson Photo").  A copy of the Lukas Nelson Photo is attached as Exhibit

C.

19.    The Lukas Nelson Photo is an original work that Philpot registered with the

United States Copyright Office as part of a collection of photographs on September 5, 2012.  The

Lukas Nelson Photo is registered with the United States Copyright Office under Certificate

Number VAu 1-132-411.  A copy of the copyright registration certificate for the Lukas Nelson

Photo is attached as Exhibit D.

20.     Philpot first displayed the Lukas Nelson Photo on October 4, 2013 on the Wikimedia website.

21.     The Lukas Nelson Photo has become one of the most widely-viewed pictures of Lukas Nelson.

**E.  The Creative Commons License**

22.     A Creative Commons license is a simple, standardized copyright license that anyone can use to license their work.  The copyright holder designates their work as governed by a Creative Commons license, and anyone may use the work provided they adhere to the terms of the license.

23.     In an effort to market his freelance photography practice, Philpot offered the Kenny Chesney Photo and the Lukas Nelson Photo through Wikimedia for distribution, public display, and public digital performance under a Creative Commons Attribution-ShareAlike 3.0 Unported Generic license (abbreviated as "CC BY-SA 3.0").  A copy of the CC BY-SA 3.0 license is attached as Exhibit E.

24.     This license allows anyone to use the work, provided that they, among other requirements:

> a.  Include a copy of the Uniform Resource Identifier for the CC BY-SA 3.0;
>
> b.  Provide attribution to the author of the work; and
>
> c.  Provide the Uniform Resource Identifier that the licensor specifies to be included with the work.

**F.  Restrictions on the Kenny Chesney Photo**

25.     At the Wikimedia website, Larry Philpot provided the following description for the Kenny Chesney Photo, "English: Country star Kenny Chesney performs in Indianapolis, June

13, 2013."  Philpot also provided the following requirement under "Author:" "Attribution: Photo

Credit: Larry Philpot of www.soundstagephotography.com."

     26.     Additionally, the Kenny Chesney Photo contains specific metadata identifying

Larry Philpot as the creator and that the work is copyrighted:



**G.  Restrictions on the Lukas Nelson Photo**

27.    At the Wikimedia website, Larry Philpot provided the following description for the Lukas Nelson Photo, "English: Lukas Nelson performs at Farm Aid, Oct 4, 2009."  Philpot also provided the following requirement: "All photographs are my own work and are copyrighted with the US Copyright Office. Attribution should be Photo Credit: Larry Philpot, www.soundstagephotography.com."

28.    Additionally, the Lukas Nelson Photo contains specific metadata identifying Larry Philpot as the creator and that the work is copyrighted:



**H.  WOS Infringes Philpot's Copyright in the Kenny Chesney Photo.**

29.     WOS owns and operates the website located at www.wideopencountry.com.

30.     WOS uses the website at www.wideopencountry.com for financial gain by selling advertising to third parties.

31.     The website located at www.wideopencountry.com contained the following notation, "© Copyright 2018WOS, INC."

32.     WOS infringed Philpot's copyright in the Kenny Chesney Photo by publishing the Kenny Chesney Photo on the www.wideopencountry.com website at http://www.wideopencountry.com/father-two-beaten-death-kenny-chesney-concert/, http://www.wideopencountry.com/father-two-beaten-death-kenny-chesney-concert/?utm_campaign=coschedule&utm_source=facebook_page&utm_medium=Wide+Open+Country&utm_content=Father+of+Two+Beaten+to+Death+After+Kenny+Chesney+Concert, and http://2d1cnu2tkvpj33fq4z2gio0y.wpengine.netdna-cdn.com/wp-content/uploads/2015/06/CIo2OBwVAAEHNnk-793x526.png.   A copy of these webpages as they appeared with the Kenny Chesney Photo is attached as Exhibit F.

33.     WOS also infringed Philpot's copyright in the Kenny Chesney Photo by publishing the Kenny Chesney Photo on the Wide Open Country Facebook page.  A copy of this webpage as it appeared with the Kenny Chesney Photo is attached as Exhibit G.

34.     WOS did not provide attribution to Philpot when it published the Kenny Chesney Photo.

35.     WOS did not list or link to Philpot's website, soundstagephotography.com, when it published the Kenny Chesney Photo.

36.     Additionally, WOS removed the metadata from the Kenny Chesney Photo that identified Larry Philpot as the creator and that the image is copyrighted.

**I.   WOS Infringe Philpot's Copyright in the Lukas Nelson Photo.**

37.    WOS infringed Philpot's copyright in the Lukas Nelson Photo by publishing the Lukas Nelson Photo on its website at http://www.wideopencountry.com/seven-spanish-angels/ and  http://cdn0.wideopencountry.com/wp-content/uploads/2016/06/FI-793x526.jpg.   A copy of these webpages as they appeared with the Lukas Nelson Photo is attached as Exhibit H.

38.    WOS also infringed Philpot's copyright in the Lukas Nelson Photo by publishing the Lukas Nelson Photo on the Wide Open Country Facebook page.  A copy of this webpage as it appeared with the Lukas Nelson Photo is attached as Exhibit I.

39.    WOS did not provide attribution to Philpot when it published the Lukas Nelson Photo.

40.    WOS did not list or link to Philpot's website, soundstagephotography.com, when it published the Lukas Nelson Photo.

41.    Additionally, WOS removed the metadata from the Lukas Nelson Photo that identified Larry Philpot as the creator and that the image is copyrighted.

**J.   The Damage Done**

42.    WOS passed off Philpot's Kenny Chesney Photo and Lukas Nelson Photo as its own, ignoring Philpot's primary requirement under the Creative Commons license to allow WOS to use his copyrighted work—the credit.  Philpot has been deprived of the credit for taking the exceptional Kenny Chesney Photo and Lukas Nelson Photo.

43.    Additionally, WOS removed the metadata from the Kenny Chesney Photo and the Lukas Nelson Photo, thereby creating the impression that the Kenny Chesney Photo and the Lukas Nelson Photo are in the public domain and exposing them to further copying by third parties without any notice that the image is copyrighted by Philpot.

**V.**

**CLAIMS**

**A.  Count One: Copyright Infringement**

44.    Plaintiff realleges and incorporates the allegations set forth in the preceding paragraphs as if set forth in full herein.

45.    Defendant    operates    and    operated    the    website    located    at www.wideopencountry.com.

46.    Defendant    published    the    Kenny    Chesney    Photo    at http://www.wideopencountry.com/father-two-beaten-death-kenny-chesney-concert/.

47.    Defendant    published    the    Kenny    Chesney    Photo http://www.wideopencountry.com/father-two-beaten-death-kenny-chesney-concert/?utm_campaign=coschedule&utm_source=facebook_page&utm_medium=Wide+Open+Country&utm_content=Father+of+Two+Beaten+to+Death+After+Kenny+Chesney+Concert.

48.    Defendant    published    the    Kenny    Chesney    Photo    at http://2d1cnu2tkvpj33fq4z2gio0y.wpengine.netdna-cdn.com/wp-content/uploads/2015/06/CIo2OBwVAAEHNnk-793x526.png.

49.    Defendant published the Kenny Chesney Photo at the Wide Open Country Facebook page.

50.    Defendant    published    the    Lukas    Nelson    Photo    at http://www.wideopencountry.com/seven-spanish-angels/.

51.    Defendant    published    the    Lukas    Nelson    Photo    at http://cdn0.wideopencountry.com/wp-content/uploads/2016/06/FI-793x526.jpg.

52.    Defendant published the Lukas Nelson Photo at the Wide Open Country Facebook page.

53.     Defendant's acts are and were performed without the permission, license, or consent of Plaintiff.

54.     Defendant acted with willful disregard of the laws protecting Plaintiff's copyrights.

55.     Defendant infringed Plaintiff's copyrights in the Kenny Chesney Photo in violation of 17 U.S.C. § 501.

56.     Defendant infringed Plaintiff's copyrights in the Lukas Nelson Photo in violation of 17 U.S.C. § 501.

57.     Plaintiff has sustained and will continue to sustain substantial damage in an amount not yet fully ascertainable, including but not limited to damage to his business reputation and goodwill.

58.     Plaintiff is informed and believes and thereon alleges that the Defendant has obtained profits recoverable under 17 U.S.C. § 504.  Plaintiff will require an accounting from the Defendant of all monies generated from the Kenny Chesney Photo and the Lukas Nelson Photo.

59.     In the alternative and at his election, Plaintiff is entitled to seek maximum statutory damages for each separate act of willful infringement by Defendant in an amount of $150,000 per each infringement.

60.     Plaintiff has suffered and continues to suffer irreparable harm and damage as a result of the above-described acts.  Accordingly, Plaintiff seeks permanent injunctive relief pursuant to 17 U.S.C. § 502, as well as seizure of the Kenny Chesney Photo and the Lukas Nelson Photo.

61.     Plaintiff is entitled to recover from the Defendant his attorney's fees and costs of suit, pursuant to 17 U.S.C. § 505.

**B.  Count Two: Removal of Copyright Management Information**

62.    Plaintiff realleges and incorporates the allegations set forth in the preceding paragraphs as if set forth in full herein.

63.    Defendant, without Plaintiff's knowledge, permission, or authorization, intentionally removed and/or altered copyright management information for the Kenny Chesney Photo by removing the metadata for the Kenny Chesney Photo that contained Plaintiff's name as the creator of, and the identification that the Kenny Chesney Photo was copyrighted, in violation of 17 U.S.C. § 1202(b)(1).

64.    Defendant, without Plaintiff's knowledge, permission, or authorization thereafter distributed the Kenny Chesney Photo having reasonable grounds to know that such acts will induce, enable, facilitate, or conceal an infringement of copyright in violation of 17 U.S.C. §1202(b)(2) and (3).

65.    Defendant, without Plaintiff's knowledge, permission, or authorization, intentionally removed and/or altered copyright management information for the Lukas Nelson Photo by removing the metadata for the Lukas Nelson Photo that contained Plaintiff's name as the creator of, and the identification that the Lukas Nelson Photo was copyrighted, in violation of 17 U.S.C. § 1202(b)(1).

66.    Defendant, without Plaintiff's knowledge, permission, or authorization thereafter distributed the Lukas Nelson Photo having reasonable grounds to know that such acts will induce, enable, facilitate, or conceal an infringement of copyright in violation of 17 U.S.C. §1202(b)(2) and (3).

67.    Defendant's removal or alteration of copyright management information from the Kenny Chesney Photo and the Lukas Nelson Photo was and is willful and intentional, and was

and is executed with full knowledge of Plaintiff's rights under Copyright Law, and in disregard of those rights.

68.     Plaintiff is entitled under 17 U.S.C. § 1203(b)(1) to the entry of permanent injunctive relief to prevent or restrain Defendant from removing Plaintiff's copyright management information or distributing Plaintiff's copyrighted works knowing that such copyrighted information has been unlawfully removed.

69.     Plaintiff is entitled to recover his actual damages suffered as a result of the violation and any profits of Defendant attributable to the violation and not taken into account in computing actual damages, or, at Plaintiff's election, statutory damages pursuant to 17 U.S.C. § 1203(c).

70.     Plaintiff is entitled to recover costs and attorney's fees from Defendant pursuant to 17 U.S.C. § 1203(b)(4) and (5).

## VI.

## JURY DEMAND

Plaintiff hereby demands a trial by jury on all issues so triable.

## VII.

## RELIEF REQUESTED

WHEREFORE, Plaintiff demands that judgment be entered against Defendant as follows:

1.     Defendant, its agents, servants, employees, representatives, successors and assigns, and all persons, firms, corporations, or other entities in active concert or participation with Defendant, be permanently enjoined from directly or indirectly infringing the Plaintiff's copyrights in any manner, including generally, but not limited to reproducing, distributing, displaying, performing or making derivatives of any of the Kenny Chesney Photo and the Lukas Nelson Photo;

2.   Defendant, its agents, servants, employees, representatives, successors and assigns, and all persons, firms, corporations, or other entities in active concert or participation with Defendant, be permanently enjoined from directly or indirectly removing or altering Plaintiff's copyright management information from any work and from distributing any of Plaintiff's works with removed or altered copyright management information;

3.   That Defendant be ordered to:

    a.   Retrieve, to the extent possible, all copies of the Kenny Chesney Photo;

    b.   Inform all recipients of the Kenny Chesney Photo of Plaintiff's ownership;

    c.   Inform all recipients of the Kenny Chesney Photo that Defendant was not authorized to reproduce, distribute, display, perform, or make derivatives of the Kenny Chesney Photo;

    d.   Retrieve, to the extent possible, all copies of the Lukas Nelson Photo;

    e.   Inform all recipients of the Lukas Nelson Photo of Plaintiff's ownership; and

    f.   Inform all recipients of the Lukas Nelson Photo that Defendant was not authorized to reproduce, distribute, display, perform, or make derivatives of the Lukas Nelson Photo;

4.   Defendant be required to pay actual damages, statutory damages, and disgorgement of all profits derived by Defendant from its acts of copyright infringement and removal of copyright management information;

5.   Defendant be required to pay Plaintiff the costs of this action, prejudgment interest, and reasonable attorney's fees; and

6.   Plaintiff be granted all other and further relief to which he is entitled.

Dated: April 25, 2018

Respectfully submitted,

**HUTCHERSON LAW PLLC**

/s/ Kenton J. Hutcherson
Kenton J. Hutcherson
Texas State Bar No. 24050798
Hutcherson Law PLLC
3131 McKinney Avenue, Suite 600
Dallas, Texas 75204
Tel: (214) 443-4200
Fax: (214) 443-4210
Email: kjh@hutchersonlaw.com

**ATTORNEY FOR PLAINTIFF**

# EXHIBIT A



# EXHIBIT B

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-164-624**

**Effective date of registration:**

August 21, 2013

## Title

**Title of Work:** Concert photographs through August 15, 2013

## Completion/Publication

**Year of Completion:** 2013

## Author

- **Author:** Larry Gene Philpot
  **Author Created:** photograph(s)

  **Work made for hire:** No
  **Citizen of:** United States                **Domiciled in:** United States
  **Year Born:** 1953

## Copyright claimant

**Copyright Claimant:** Larry Gene Philpot

12527 Winding Creek Lane, Indianapolis, IN, 46236

## Certification

**Name:** Larry G. Philpot

**Date:** August 15, 2013

**Registration #:**  VAU001164624
**Service Request #:**  1-979744461



Larry Philpot
8125 Halyard Way
Indianapolis, IN 46236  United States

# EXHIBIT C



# EXHIBIT D

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-132-411

**Effective date of registration:**

September 5, 2012

## Title

**Title of Work:** 2009 Musician Photos

**Contents Titles:** 2009 Musician Photos

## Completion/Publication

**Year of Completion:** 2009

**Nation of 1st Publication:** United States

## Author

**Author:** Larry Gene Philpot

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States          **Domiciled in:** United States

**Year Born:** 1953

## Copyright claimant

**Copyright Claimant:** Larry Gene Philpot

12527 Winding Creek Lane, Indianapolis, IN, 46236

## Rights and Permissions

**Name:** Larry  Philpot

**Email:** larrygphilpot@gmail.com          **Telephone:** 317-567-1338

**Address:** 12527 Winding Creek Lane

Indianapolis, IN 46236  United States

## Certification

**Name:** Larry G. Philpot

**Date:** September 5, 2012

Correspondence:   Yes



# EXHIBIT E



# Creative Commons Legal Code

### Attribution-ShareAlike 3.0 Unported



*CREATIVE COMMONS CORPORATION IS NOT A LAW FIRM AND DOES NOT PROVIDE LEGAL SERVICES. DISTRIBUTION OF THIS LICENSE DOES NOT CREATE AN ATTORNEY-CLIENT RELATIONSHIP. CREATIVE COMMONS PROVIDES THIS INFORMATION ON AN "AS-IS" BASIS. CREATIVE COMMONS MAKES NO WARRANTIES REGARDING THE INFORMATION PROVIDED, AND DISCLAIMS LIABILITY FOR DAMAGES RESULTING FROM ITS USE.*

## License

THE WORK (AS DEFINED BELOW) IS PROVIDED UNDER THE TERMS OF THIS CREATIVE COMMONS PUBLIC LICENSE ("CCPL" OR "LICENSE"). THE WORK IS PROTECTED BY COPYRIGHT AND/OR OTHER APPLICABLE LAW. ANY USE OF THE WORK OTHER THAN AS AUTHORIZED UNDER THIS LICENSE OR COPYRIGHT LAW IS PROHIBITED.

BY EXERCISING ANY RIGHTS TO THE WORK PROVIDED HERE, YOU ACCEPT AND AGREE TO BE BOUND BY THE TERMS OF THIS LICENSE. TO THE EXTENT THIS LICENSE MAY BE CONSIDERED TO BE A CONTRACT, THE LICENSOR GRANTS YOU THE RIGHTS CONTAINED HERE IN CONSIDERATION OF YOUR ACCEPTANCE OF SUCH TERMS AND CONDITIONS.

**1. Definitions**

a. **"Adaptation"** means a work based upon the Work, or upon the Work and other pre-existing works, such as a translation, adaptation, derivative work, arrangement of music or other alterations of a literary or artistic work, or phonogram or performance and includes cinematographic adaptations or any other form in which the Work may be recast, transformed, or adapted including in any form recognizably derived from the original, except that a work that constitutes a Collection will not be considered an Adaptation for the purpose of this License. For the avoidance of doubt, where the Work is a musical work, performance or phonogram, the synchronization of the Work in timed-relation with a moving image ("synching") will be considered an Adaptation for the purpose of this License.

b. **"Collection"** means a collection of literary or artistic works, such as encyclopedias and anthologies, or performances, phonograms or broadcasts, or other works or subject matter other than works listed in Section 1(f) below, which, by reason of the selection and arrangement of their contents, constitute intellectual creations, in which the Work is included in its entirety in unmodified form along with one or more other contributions, each constituting separate and independent works in themselves, which together are assembled into a collective whole. A work that constitutes a Collection will not be considered an Adaptation (as defined below) for the purposes of this License.

c. **"Creative Commons Compatible License"** means a license that is listed at https://creativecommons.org/compatiblelicenses that has been approved by Creative Commons as being essentially equivalent to this License, including, at a minimum, because that license: (i) contains terms that have the same purpose, meaning and effect as the License Elements of this License; and, (ii) explicitly permits the relicensing of adaptations of works made available under that license under this License or a Creative Commons jurisdiction license with the same License Elements as this License.

d. **"Distribute"** means to make available to the public the original and copies of the Work or Adaptation, as appropriate, through sale or other transfer of ownership.

e. **"License Elements"** means the following high-level license attributes as selected by Licensor and indicated in the title of this License: Attribution, ShareAlike.

f. **"Licensor"** means the individual, individuals, entity or entities that offer(s) the Work under the

Creative Commons Legal Code

https://creativecommons.org/licenses/by-sa/3.0/legalcode

terms of this License.

g. **"Original Author"** means, in the case of a literary or artistic work, the individual, individuals, entity or entities who created the Work or if no individual or entity can be identified, the publisher; and in addition (i) in the case of a performance the actors, singers, musicians, dancers, and other persons who act, sing, deliver, declaim, play in, interpret or otherwise perform literary or artistic works or expressions of folklore; (ii) in the case of a phonogram the producer being the person or legal entity who first fixes the sounds of a performance or other sounds; and, (iii) in the case of broadcasts, the organization that transmits the broadcast.

h. **"Work"** means the literary and/or artistic work offered under the terms of this License including without limitation any production in the literary, scientific and artistic domain, whatever may be the mode or form of its expression including digital form, such as a book, pamphlet and other writing; a lecture, address, sermon or other work of the same nature; a dramatic or dramatico-musical work; a choreographic work or entertainment in dumb show; a musical composition with or without words; a cinematographic work to which are assimilated works expressed by a process analogous to cinematography; a work of drawing, painting, architecture, sculpture, engraving or lithography; a photographic work to which are assimilated works expressed by a process analogous to photography; a work of applied art; an illustration, map, plan, sketch or three-dimensional work relative to geography, topography, architecture or science; a performance; a broadcast; a phonogram; a compilation of data to the extent it is protected as a copyrightable work; or a work performed by a variety or circus performer to the extent it is not otherwise considered a literary or artistic work.

i. **"You"** means an individual or entity exercising rights under this License who has not previously violated the terms of this License with respect to the Work, or who has received express permission from the Licensor to exercise rights under this License despite a previous violation.

j. **"Publicly Perform"** means to perform public recitations of the Work and to communicate to the public those public recitations, by any means or process, including by wire or wireless means or public digital performances; to make available to the public Works in such a way that members of the public may access these Works from a place and at a place individually chosen by them; to perform the Work to the public by any means or process and the communication to the public of the performances of the Work, including by public digital performance; to broadcast and rebroadcast the Work by any means including signs, sounds or images.

k. **"Reproduce"** means to make copies of the Work by any means including without limitation by sound or visual recordings and the right of fixation and reproducing fixations of the Work, including storage of a protected performance or phonogram in digital form or other electronic medium.

**2. Fair Dealing Rights.** Nothing in this License is intended to reduce, limit, or restrict any uses free from copyright or rights arising from limitations or exceptions that are provided for in connection with the copyright protection under copyright law or other applicable laws.

**3. License Grant.** Subject to the terms and conditions of this License, Licensor hereby grants You a worldwide, royalty-free, non-exclusive, perpetual (for the duration of the applicable copyright) license to exercise the rights in the Work as stated below:

a. to Reproduce the Work, to incorporate the Work into one or more Collections, and to Reproduce the Work as incorporated in the Collections;

b. to create and Reproduce Adaptations provided that any such Adaptation, including any translation in any medium, takes reasonable steps to clearly label, demarcate or otherwise identify that changes were made to the original Work. For example, a translation could be marked "The original work was translated from English to Spanish," or a modification could indicate "The original work has been modified.";

c. to Distribute and Publicly Perform the Work including as incorporated in Collections; and,

d. to Distribute and Publicly Perform Adaptations.

e. For the avoidance of doubt:

i. **Non-waivable Compulsory License Schemes**. In those jurisdictions in which the right to collect royalties through any statutory or compulsory licensing scheme cannot be waived, the Licensor reserves the exclusive right to collect such royalties for any exercise by You of the rights granted under this License;

ii. **Waivable Compulsory License Schemes**. In those jurisdictions in which the right to collect

                 royalties through any statutory or compulsory licensing scheme can be waived, the Licensor waives the exclusive right to collect such royalties for any exercise by You of the rights granted under this License; and,

      iii.  **Voluntary License Schemes**. The Licensor waives the right to collect royalties, whether individually or, in the event that the Licensor is a member of a collecting society that administers voluntary licensing schemes, via that society, from any exercise by You of the rights granted under this License.

The above rights may be exercised in all media and formats whether now known or hereafter devised. The above rights include the right to make such modifications as are technically necessary to exercise the rights in other media and formats. Subject to Section 8(f), all rights not expressly granted by Licensor are hereby reserved.

**4. Restrictions.** The license granted in Section 3 above is expressly made subject to and limited by the following restrictions:

    a.  You may Distribute or Publicly Perform the Work only under the terms of this License. You must include a copy of, or the Uniform Resource Identifier (URI) for, this License with every copy of the Work You Distribute or Publicly Perform. You may not offer or impose any terms on the Work that restrict the terms of this License or the ability of the recipient of the Work to exercise the rights granted to that recipient under the terms of the License. You may not sublicense the Work. You must keep intact all notices that refer to this License and to the disclaimer of warranties with every copy of the Work You Distribute or Publicly Perform. When You Distribute or Publicly Perform the Work, You may not impose any effective technological measures on the Work that restrict the ability of a recipient of the Work from You to exercise the rights granted to that recipient under the terms of the License. This Section 4(a) applies to the Work as incorporated in a Collection, but this does not require the Collection apart from the Work itself to be made subject to the terms of this License. If You create a Collection, upon notice from any Licensor You must, to the extent practicable, remove from the Collection any credit as required by Section 4(c), as requested. If You create an Adaptation, upon notice from any Licensor You must, to the extent practicable, remove from the Adaptation any credit as required by Section 4(c), as requested.

    b.  You may Distribute or Publicly Perform an Adaptation only under the terms of: (i) this License; (ii) a later version of this License with the same License Elements as this License; (iii) a Creative Commons jurisdiction license (either this or a later license version) that contains the same License Elements as this License (e.g., Attribution-ShareAlike 3.0 US)); (iv) a Creative Commons Compatible License. If you license the Adaptation under one of the licenses mentioned in (iv), you must comply with the terms of that license. If you license the Adaptation under the terms of any of the licenses mentioned in (i), (ii) or (iii) (the "Applicable License"), you must comply with the terms of the Applicable License generally and the following provisions: (I) You must include a copy of, or the URI for, the Applicable License with every copy of each Adaptation You Distribute or Publicly Perform; (II) You may not offer or impose any terms on the Adaptation that restrict the terms of the Applicable License or the ability of the recipient of the Adaptation to exercise the rights granted to that recipient under the terms of the Applicable License; (III) You must keep intact all notices that refer to the Applicable License and to the disclaimer of warranties with every copy of the Work as included in the Adaptation You Distribute or Publicly Perform; (IV) when You Distribute or Publicly Perform the Adaptation, You may not impose any effective technological measures on the Adaptation that restrict the ability of a recipient of the Adaptation from You to exercise the rights granted to that recipient under the terms of the Applicable License. This Section 4(b) applies to the Adaptation as incorporated in a Collection, but this does not require the Collection apart from the Adaptation itself to be made subject to the terms of the Applicable License.

    c.  If You Distribute, or Publicly Perform the Work or any Adaptations or Collections, You must, unless a request has been made pursuant to Section 4(a), keep intact all copyright notices for the Work and provide, reasonable to the medium or means You are utilizing: (i) the name of the Original Author (or pseudonym, if applicable) if supplied, and/or if the Original Author and/or Licensor designate another party or parties (e.g., a sponsor institute, publishing entity, journal) for attribution ("Attribution Parties") in Licensor's copyright notice, terms of service or by other reasonable means, the name of such party or parties; (ii) the title of the Work if supplied; (iii) to the extent reasonably practicable, the URI, if any, that Licensor specifies to be associated with the Work, unless such URI does not refer to the copyright notice or licensing information for the Work; and (iv) , consistent with Ssection 3(b), in the case of an Adaptation, a credit identifying the use of the

Work in the Adaptation (e.g., "French translation of the Work by Original Author," or "Screenplay based on original Work by Original Author"). The credit required by this Section 4(c) may be implemented in any reasonable manner; provided, however, that in the case of a Adaptation or Collection, at a minimum such credit will appear, if a credit for all contributing authors of the Adaptation or Collection appears, then as part of these credits and in a manner at least as prominent as the credits for the other contributing authors. For the avoidance of doubt, You may only use the credit required by this Section for the purpose of attribution in the manner set out above and, by exercising Your rights under this License, You may not implicitly or explicitly assert or imply any connection with, sponsorship or endorsement by the Original Author, Licensor and/or Attribution Parties, as appropriate, of You or Your use of the Work, without the separate, express prior written permission of the Original Author, Licensor and/or Attribution Parties.

d. Except as otherwise agreed in writing by the Licensor or as may be otherwise permitted by applicable law, if You Reproduce, Distribute or Publicly Perform the Work either by itself or as part of any Adaptations or Collections, You must not distort, mutilate, modify or take other derogatory action in relation to the Work which would be prejudicial to the Original Author's honor or reputation. Licensor agrees that in those jurisdictions (e.g. Japan), in which any exercise of the right granted in Section 3(b) of this License (the right to make Adaptations) would be deemed to be a distortion, mutilation, modification or other derogatory action prejudicial to the Original Author's honor and reputation, the Licensor will waive or not assert, as appropriate, this Section, to the fullest extent permitted by the applicable national law, to enable You to reasonably exercise Your right under Section 3(b) of this License (right to make Adaptations) but not otherwise.

**5. Representations, Warranties and Disclaimer**

UNLESS OTHERWISE MUTUALLY AGREED TO BY THE PARTIES IN WRITING, LICENSOR OFFERS THE WORK AS-IS AND MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND CONCERNING THE WORK, EXPRESS, IMPLIED, STATUTORY OR OTHERWISE, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF TITLE, MERCHANTIBILITY, FITNESS FOR A PARTICULAR PURPOSE, NONINFRINGEMENT, OR THE ABSENCE OF LATENT OR OTHER DEFECTS, ACCURACY, OR THE PRESENCE OF ABSENCE OF ERRORS, WHETHER OR NOT DISCOVERABLE. SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF IMPLIED WARRANTIES, SO SUCH EXCLUSION MAY NOT APPLY TO YOU.

**6. Limitation on Liability.** EXCEPT TO THE EXTENT REQUIRED BY APPLICABLE LAW, IN NO EVENT WILL LICENSOR BE LIABLE TO YOU ON ANY LEGAL THEORY FOR ANY SPECIAL, INCIDENTAL, CONSEQUENTIAL, PUNITIVE OR EXEMPLARY DAMAGES ARISING OUT OF THIS LICENSE OR THE USE OF THE WORK, EVEN IF LICENSOR HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

**7. Termination**

a. This License and the rights granted hereunder will terminate automatically upon any breach by You of the terms of this License. Individuals or entities who have received Adaptations or Collections from You under this License, however, will not have their licenses terminated provided such individuals or entities remain in full compliance with those licenses. Sections 1, 2, 5, 6, 7, and 8 will survive any termination of this License.

b. Subject to the above terms and conditions, the license granted here is perpetual (for the duration of the applicable copyright in the Work). Notwithstanding the above, Licensor reserves the right to release the Work under different license terms or to stop distributing the Work at any time; provided, however that any such election will not serve to withdraw this License (or any other license that has been, or is required to be, granted under the terms of this License), and this License will continue in full force and effect unless terminated as stated above.

**8. Miscellaneous**

a. Each time You Distribute or Publicly Perform the Work or a Collection, the Licensor offers to the recipient a license to the Work on the same terms and conditions as the license granted to You under this License.

b. Each time You Distribute or Publicly Perform an Adaptation, Licensor offers to the recipient a license to the original Work on the same terms and conditions as the license granted to You under this License.

c. If any provision of this License is invalid or unenforceable under applicable law, it shall not affect the validity or enforceability of the remainder of the terms of this License, and without further action by the parties to this agreement, such provision shall be reformed to the minimum extent necessary to make such provision valid and enforceable.

d. No term or provision of this License shall be deemed waived and no breach consented to unless such waiver or consent shall be in writing and signed by the party to be charged with such waiver or consent.

e. This License constitutes the entire agreement between the parties with respect to the Work licensed here. There are no understandings, agreements or representations with respect to the Work not specified here. Licensor shall not be bound by any additional provisions that may appear in any communication from You. This License may not be modified without the mutual written agreement of the Licensor and You.

f. The rights granted under, and the subject matter referenced, in this License were drafted utilizing the terminology of the Berne Convention for the Protection of Literary and Artistic Works (as amended on September 28, 1979), the Rome Convention of 1961, the WIPO Copyright Treaty of 1996, the WIPO Performances and Phonograms Treaty of 1996 and the Universal Copyright Convention (as revised on July 24, 1971). These rights and subject matter take effect in the relevant jurisdiction in which the License terms are sought to be enforced according to the corresponding provisions of the implementation of those treaty provisions in the applicable national law. If the standard suite of rights granted under applicable copyright law includes additional rights not granted under this License, such additional rights are deemed to be included in the License; this License is not intended to restrict the license of any rights under applicable law.

### Creative Commons Notice

*Creative Commons is not a party to this License, and makes no warranty whatsoever in connection with the Work. Creative Commons will not be liable to You or any party on any legal theory for any damages whatsoever, including without limitation any general, special, incidental or consequential damages arising in connection to this license. Notwithstanding the foregoing two (2) sentences, if Creative Commons has expressly identified itself as the Licensor hereunder, it shall have all rights and obligations of Licensor.*

*Except for the limited purpose of indicating to the public that the Work is licensed under the CCPL, Creative Commons does not authorize the use by either party of the trademark "Creative Commons" or any related trademark or logo of Creative Commons without the prior written consent of Creative Commons. Any permitted use will be in compliance with Creative Commons' then-current trademark usage guidelines, as may be published on its website or otherwise made available upon request from time to time. For the avoidance of doubt, this trademark restriction does not form part of the License.*

*Creative Commons may be contacted at https://creativecommons.org/.*

# EXHIBIT F



MUSIC

## Father of Two Beaten to Death After Kenny Chesney Concert

BY LUKE LONG | 3 YEARS

Seattle Police Department is investigating the death of a man who was beaten after a **Kenny Chesney** concert.

BUILT TO WORK
AS HARD AS YOU.
SHOP ALPHA RANGE
LACROSSE
Since 1897

BUILT TO WORK
AS HARD AS YOU
SHOP ALPHA RANGE
LACROSSE

WRITE FOR US >



# EXHIBIT G



# EXHIBIT H



See Willie & Merle's Sons Cover of 'Seven Spanish Angels'

BY MATT ALPERT | 2 YEARS

Country legends Willie Nelson and Merle Haggard did a great job of imparting their musical talents to their boys.

Willie's son Lukas Nelson fronts the band Promise of the Real and often plays shows with his legendary father. Merle's youngest son, Ben Haggard, played lead guitar in his dad's band. You may have seen him and Toby Keith together onstage at the ACM Awards in a tribute to Merle.

Ben also frequently posts videos of himself performing in his home. In one of his latest videos, he sang the beginning of "Seven Spanish Angels," a classic duet between Willie Nelson and Ray Charles. In the caption of the video, Haggard challenged Lukas to pick up the second song of the first.

Wikimedia Commons, Facebook/Ben Haggard



# EXHIBIT I

