IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LARRY G. PHILPOT, | § | |
| | § | |
|     Plaintiff | § | |
| | § | |
| V. | § | Civil Action No. 1:18-cv-00339-RP |
| | § | |
| WOS, INC. | § | |
| | § | |
|     Defendant. | § | |

## PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

Pursuant to Federal Rule of Civil Procedure 68, Plaintiff Larry G. Philpot ("Philpot" or "Plaintiff"), by and through his undersigned counsel, hereby provides notice that he has accepted Defendant WOS, Inc.'s ("Defendant") Offer of Judgment made on April 9, 2019 in which Defendant will allow Judgment to be taken against it and in favor of Plaintiff in the amount of $40,000.00 (forty-thousand dollars), inclusive of all damages, taxable costs, and attorney's fees which have accrued to the date of the Offer of Judgment.

Defendant's Offer of Judgment is attached hereto as Exhibit A.

Plaintiff's Acceptance of Offer of Judgment is attached hereto as Exhibit B.

Dated: April 22, 2019

Respectfully submitted,

**HUTCHERSON LAW PLLC**

/s/ Kenton J. Hutcherson
Kenton J. Hutcherson
Texas State Bar No. 24050798
Hutcherson Law PLLC
3131 McKinney Avenue, Suite 600
Dallas, Texas 75204
Tel: (214) 443-4200
Fax: (214) 443-4210
Email: kjh@hutchersonlaw.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2019, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing to the following CM/ECF participants:

JT Morris, Esq.
jt@jtmorrislaw.com
Ramzi Khazen, Esq.
ramzi@jtmorrislaw.com
JT Morris Law, PLLC
610 Brazos Street, Suite 320
Austin, Texas 78701
Telephone: (512) 717-5275
Fax: (512) 582-2948


Attorneys for Defendant


/s/ Kenton J. Hutcherson
Kenton J. Hutcherson