**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **LARRY G. PHILPOT,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **V.** | § | **Civil Action No. 1:18-cv-00339-RP** |
| | § | |
| **WOS, INC.** | § | |
| | § | |
| **Defendant.** | § | |

**FINAL JUDGMENT**

On _____, 2019, the Court considered Plaintiff Larry G. Philpot's Notice of Acceptance of Defendant's Offer of Judgment. Pursuant to Federal Rule of Civil Procedure 68, the Court enters judgment accordingly.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that JUDGMENT is entered in favor of Larry G. Philpot, Plaintiff, against Defendant WOS, Inc. in the amount of forty-thousand dollars ($40,000.00), inclusive of all damages, taxable costs, and attorney's fees.

All other relief not expressly granted in this Final Judgment is hereby denied. This is a Final Order.

SIGNED on _____, 2019.

_____
U.S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

<u>/s/ Kenton J. Hutcherson</u>
Kenton J. Hutcherson, Esq.
Attorney for Plaintiff

Dated: April 22, 2019