IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **LARRY G. PHILPOT,** | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| V. | § | Civil Action No. 1:18-cv-00339-RP |
| | § | |
| **WOS, INC.** | § | |
| | § | |
| Defendant. | § | |

### PLAINTIFF'S AMENDED ACCEPTANCE OF OFFER OF JUDGMENT

Pursuant to Federal Rule of Civil Procedure 68, Plaintiff Larry G. Philpot ("Philpot" or "Plaintiff"), by and through his undersigned counsel, hereby accepts Defendant WOS, Inc.'s ("Defendant") Offer of Judgment made on April 9, 2019 in which Defendant will allow Judgment to be taken against it and in favor of Plaintiff for the total sum of $40,000.00 (forty-thousand dollars), which includes all amounts recoverable for damages, taxable costs, and attorney's fees.

Dated: April 23, 2019

Respectfully submitted,

**HUTCHERSON LAW PLLC**

/s/ Kenton J. Hutcherson
Kenton J. Hutcherson
Texas State Bar No. 24050798
Hutcherson Law PLLC
3131 McKinney Avenue, Suite 600
Dallas, Texas 75204
Tel: (214) 443-4200
Fax: (214) 443-4210
Email: kjh@hutchersonlaw.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2019, I served the foregoing to the following via email, as agreed by the parties:

JT Morris, Esq.
jt@jtmorrislaw.com
Ramzi Khazen, Esq.
ramzi@jtmorrislaw.com
JT Morris Law, PLLC
610 Brazos Street, Suite 320
Austin, Texas 78701
Telephone: (512) 717-5275
Fax: (512) 582-2948


Attorneys for Defendant


        /s/ Kenton J. Hutcherson
        Kenton J. Hutcherson